# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICK WELLS, ET AL

VERSUS

MENTORSHIP STEAM ACADEMY AS
PART OF HELIX COMMUNITY
SCHOOL, ET AL

NO.   2022 CW 0918

**OCTOBER 24, 2022**

---

In Re:   Kelvin  Wells,  Sr.,  applying  for  supervisory  writs,
19th  Judicial  District  Court,  Parish  of  East  Baton
Rouge, No. 719275.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

> **JMM**
> **PMc**
> **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT